UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

THOMAS BOLLINGER, )
Plaintiff, )
v. ) Case No.
MEDICREDIT, INC., )
Defendant. )

**NOTICE OF REMOVAL**

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois, and in support of this Notice, states as follows:

1. On June 2, 2017, Plaintiff Thomas Bollinger ("Plaintiff") filed a Complaint against Medicredit (the "Complaint") in the Circuit Court of St. Clair County, Illinois, Case No. 17AR475 (the "State Court Action"). The Complaint contains claims alleging a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA").

2. Pursuant to 28 U.S.C. § 1446(a), Medicredit attaches to this Notice a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. See **Exhibit A**, attached hereto.

3. Plaintiff served Medicredit with the summons in the State Court Action on August 8, 2017. Accordingly, Medicredit timely files this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1). See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint.).

4. The United States District Court for the Southern District of Illinois has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claim alleging a violation of the FDCPA implicates this Court's federal question jurisdiction. See **Ex. A**, Complaint, generally.

5. Removal to the United States District Court for the Southern District of Illinois is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

6. Venue is proper in the East St. Louis Division of this Court because this action is being removed from the Circuit Court for St. Clair County, Illinois, and the acts complained of in Plaintiff's Complaint are alleged to have been directed at Plaintiff in St. Clair County, Illinois. Id. at ¶ 9.

7. In light of the foregoing, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

8. Medicredit has filed a Notice of Filing Notice of Removal with the State Court and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all adverse parties in the State Court Action.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred from the Circuit Court of St. Clair County, State of Illinois, to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Scott J. Dickenson

Scott J. Dickenson, ARDC #6257379
Megan D. Meadows, ARDC #6314885
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314)-863-7733 (telephone)
(314)-862-4656 (facsimile)
sdickenson@spencerfane.com
mmeadows@spencerfane.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned hereby certificates that on this 5th day of September, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's electronic notification system upon all attorneys of record, and a hard copy of the foregoing document was mailed, postage prepaid, to the following:

Gregory Klote
Suite 700
13321 N. Outer 40 Road
Chesterfield, MO 63017
gklote@gregklotelaw.com

Attorney for Plaintiff

/s/ Scott J. Dickenson



SL 2470831.1